SURVIVOR PRODUCTIONS, INC.,

    Plaintiff,

v.

ANONYMOUS USERS OF POPCORN TIME: DOES 1 - 16,

    Defendants.

| No. | IP | Date and Time | Motion Picture | ISP | Software | State | City |
|---|---|---|---|---|---|---|---|
| 1. | 73.37.60.161 | 7/26/15 1:01 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.1 | Oregon | Portland |
| 2. | 71.237.173.242 | 7/26/15 6:24 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.1 | Oregon | Portland |
| 3. | 76.115.171.170 | 7/22/15 4:12 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Beaverton |
| 4. | 73.11.112.69 | 7/15/15 2:23 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Eugene |
| 5. | 98.232.179.107 | 7/20/15 7:34 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Albany |
| 6. | 71.193.192.124 | 7/25/15 2:50 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.1 | Oregon | Portland |
| 7. | 67.160.163.124 | 7/29/15 6:52 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.1 | Oregon | Eugene |
| 8. | 71.193.237.35 | 8/2/15 10:15 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.1 | Oregon | Tualatin |
| 9. | 67.189.92.237 | 8/5/15 0:55 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.2 | Oregon | Portland |
| 10. | 71.59.138.51 | 8/5/15 6:03 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.2 | Oregon | Beaverton |
| 11. | 50.139.60.76 | 8/10/15 5:09 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.2 | Oregon | Portland |
| 12. | 24.20.46.225 | 8/12/15 3:28 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.2 | Oregon | Portland |
| 13. | 73.25.232.147 | 7/13/15 0:12 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Portland |
| 14. | 73.25.226.92 | 7/13/15 0:51 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Portland |
| 15. | 71.63.203.28 | 7/14/15 4:46 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Portland |
| 16. | 50.137.182.152 | 7/15/15 0:09 | Survivor (2015) | Comcast Cable | Popcorn-Time 0.3.8.0 | Oregon | Portland |

EXHIBIT 1