PLAINTIFF'S MOTION PICTURE
ON FIRST PAGE

